IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:16-CR-00032-BO

UNITED STATES OF AMERICA

v.

GEORGE ZORIO

FILED IN OPEN COURT
ON 12/19/2017
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

## ORDER OF FORFEITURE

The defendant pled guilty to Counts One and Two of the Information, which charged him with violations of the Controlled Substance Act, specifically Title 21, United States Code, Section 846 and Conspiracy of Laundering Monetary Instruments, specifically, Title 18, United States Code, Section 1956(h). In his Plea Agreement, the Defendant agreed to the forfeiture of $250,000.00 in gross proceeds from the conspiracies to commit controlled substance and money laundering offenses.

Having considered the plea agreement, the record as a whole, and the applicable law, the Court issues the following orders:

1. It is ORDERED that the defendant forfeit $250,000.00 to the United States, which constitutes or is derived from proceeds traceable to Defendant's violations of Title 21, United States Code, Section 846 and Title 18, United States Code.

2. It is further ORDERED that pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may

1

move to amend this Order at any time to substitute specific property to satisfy this Order of Forfeiture in whole or in part, provided the showing required by 21 U.S.C. § 853(p) is made.

3. It is further ORDERED that any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is DIRECTED to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

SO ORDERED. This _19_ day of _October_ 2017.

_____
TERRENCE W. BOYLE
United States District Judge